Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–11438–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tyrease U Downing
    1829 Greenwillows Drive
    Vineland, NJ 08361–6010

Social Security No.:
    xxx–xx–4122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             July 16, 2024
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*43* – Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:27 Consent Order filed by Creditor Lakeview Loan Servicing, LLC enote vesting–– Nationstar Mortgage LLC) filed by Courtney R. Shed on behalf of Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing, LLC. Objection deadline is 06/18/2024. (Attachments: # 1 Ex A – Entered Consent Order # 2 Ex B – Certification of Creditor Regarding Post–Petition Payment History # 3 Ex C – Certification of nonpayment # 4 Ex D – Proposed Order # 5 Certificate of Service) filed by Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing, LLC) filed by Moshe Rothenberg on behalf of Tyrease U Downing. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.


Dated: June 20, 2024
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk