DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Rushmore Mortgage Servicing as
servicing agent for Lakeview Loan Servicing,
LLC

| | |
|---|---|
| In Re: | Case No.: 23-11438-jnp |
| TYREASE DOWNING | Hearing Date: July 16, 2024 |
| Debtor(s). | Judge: Jerrold N. Poslusny, Jr. |
| | Chapter: 13 |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, Courtney R Shed,

☒    am the attorney for: Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing, LLC,

☐    am self represented,

Phone Number 716-204-1778

Email address: cshed@grosspolowy.com

2.    I request an adjournment of the following hearing:

Matter: Lakeview Loan Servicing, LLC vs. Tyrease Downing

Current hearing date and time: July 16, 2024, 11:00AM

New date requested: August 13, 2024, 11:00AM

Reason for adjournment request: parties working on resolving with a proposed consent order

1

3. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties.

I certify under penalty of perjury that the foregoing is true.

DATED: July 9, 2024                    Rushmore Mortgage Servicing as servicing agent
                                       for Lakeview Loan Servicing, LLC

                                       */s/ Courtney R Shed*
                                       Courtney R Shed, Esq. - 414442023
                                       GROSS POLOWY LLC
                                       Formed in the State of Delaware
                                       95 Mount Bethel Road, Suite 3
                                       Warren, NJ 07059
                                       (716) 204-1700
                                       E-Mail: cshed@grosspolowy.com

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 8/13/2024 at 11:00am          ☐ Peremptory

☐ Granted over objection(s)  New hearing date:_____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

2

*rev.10/1/15*