*rev.8/1/15*

| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Creditor Rushmore Servicing as servicer for Lakeview Loan Servicing, LLC |

| In Re: | Case No.: 23-11438-jnp |
|---|---|
| TYREASE U DOWNING | Judge: Jerrold N. Poslusny, Jr. |
| Debtor(s). | Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Please mark the Creditor's Certification Of Default filed on June 4, 2024 as document no. 42. Order to be submitted to Chambers.

DATED: August 7, 2024

Rushmore Servicing as servicer for Lakeview Loan Servicing, LLC
 /s/ Courtney R Shed
Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-Mail: cshed@grosspolowy.com

*rev.8/1/15*