Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−11438−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrease U Downing
   1829 Greenwillows Drive
   Vineland, NJ 08361−6010

Social Security No.:
   xxx−xx−4122

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/22/25 at 11:00 AM

to consider and act upon the following:

**56** − Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:49 Consent Order filed by Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing, LLC) filed by Courtney R. Shed on behalf of Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC. Objection deadline is 03/26/2025. (Attachments: # 1 Entered Consent Order # 2 Certification of Creditor Regarding Post Petition Payment History # 3 Filed Notice of Mortgage Payment Change # 4 Certification of Participant Regarding Certification Non−Payment # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC) filed by Moshe Rothenberg on behalf of Tyrease U Downing. (Rothenberg, Moshe)

Dated: 3/27/25

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court