Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 23−11438−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tyrease U Downing
    1829 Greenwillows Drive
    Vineland, NJ 08361−6010

Social Security No.:
    xxx−xx−4122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/22/25 at 11:00 AM

to consider and act upon the following:

**56** − Certification in Opposition to (related document:55 Creditor's Certification of Default (related document:49 Consent Order filed by Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing, LLC) filed by Courtney R. Shed on behalf of Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC. Objection deadline is 03/26/2025. (Attachments: # 1 Entered Consent Order # 2 Certification of Creditor Regarding Post Petition Payment History # 3 Filed Notice of Mortgage Payment Change # 4 Certification of Participant Regarding Certification Non−Payment # 5 Proposed Order # 6 Certificate of Service) filed by Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC) filed by Moshe Rothenberg on behalf of Tyrease U Downing. (Rothenberg, Moshe)

Dated: 3/27/25

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11438-JNP |
| Tyrease U Downing | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 2
Date Rcvd: Mar 27, 2025      Form ID: ntchrgbk   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tyrease U Downing, 1829 Greenwillows Drive, Vineland, NJ 08361-6010 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Andrew B Finberg
                   on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                   ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Courtney R. Shed
                   on behalf of Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
                   on behalf of Creditor Lakeview Loan Servicing LLC cshed@grosspolowy.com  ecfnotices@grosspolowy.com

Courtney R. Shed
                   on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: ntchrgbk | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Moshe Rothenberg
    on behalf of Debtor Tyrease U Downing moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11