UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

| | |
|---|---|
| In Re: | Case No.:    23-11438 |
| Tyrease U. Downing | Judge:    JNP |
| | Chapter:    13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐  Motion for Relief from the Automatic Stay filed by _____, creditor,

A hearing has been scheduled for _____, at _____.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒  Certification of Default filed by _Rushmore Mortgage Servicing as servicing agent for
Lakeview Loan Servicing, LLC._

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**): I provided several proofs of pay,menmts I had made and am mot sure if the mortgage comoany is giving me credit for all that Ihave paid. I can supply those payments and would like to work out the delinquency.

3.        This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.        I certify under penalty of perjury that the above is true.

Date: <u>June 1, 2025</u>                                      <u>/s/ Tyrease U. Downing            </u>
                                                                      Debtor's Signature

Date: <u>                     </u>                                  <u>/s/                                                </u>
                                                                      Debtor's Signature

**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*