| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on June 24, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Courtney R Shed, Esq. - 414442023<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: cshed@grosspolowy.com<br>Attorneys for Secured Creditor Rushmore Servicing as servicer for Lakeview Loan Servicing |  |
| In Re:<br><br>TYREASE U. DOWNING<br><br>Debtor(s). | Case No.: 23-11438-jnp<br><br>Judge: Jerrold N. Poslusny, Jr.<br><br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 24, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Rushmore Servicing as servicer for Lakeview Loan Servicing under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

1829 Greenwillows Drive
Vineland, NJ 08361

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev. 11/14/2023

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                 Case No. 23-11438-JNP
Tyrease U Downing                                                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tyrease U Downing, 1829 Greenwillows Drive, Vineland, NJ 08361-6010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025                                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Courtney R. Shed | on behalf of Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Lakeview Loan Servicing LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Elizabeth L. Wassall
    on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Moshe Rothenberg
    on behalf of Debtor Tyrease U Downing moshe@mosherothenberg.com
    alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11