|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Tyrease U. Downing | Case No.:    23-11438<br><br>Chapter:    13<br><br>Adv. No.:    N/A<br><br>Hearing Date:  N/A<br><br>Judge:    Jerrold N. Poslusny |

## CERTIFICATION OF SERVICE

1. I, Alyson Johnson.:

    ☐   represent the _____ in the above-captioned matter.

    ☒   am the secretary/paralegal for Moshe Rothenberg, Esq. who represents the Debtor in the above-captioned matter.

    ☐   am the _____ in the above case and am representing myself.

2. On August 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Application to Terminate Wage Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 19, 2025                    /s/Alyson Johnson
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Andrew B. Finberg**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>**Denise E. Carlon**<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>**Courtney R. Shed**<br>Gross Polowy, LLC<br>1775 Wehrle Drive<br>Suite 100<br>Williamsville, NY 14221<br><br>**Elizabeth L. Wassall**<br>Logs Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054 | Chapter 13 Trustee<br><br><br><br><br>Counsel for Lakeview Loan Servicing LLC<br><br><br><br><br>Counsel for Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing, LLC<br><br><br>Counsel for Lakeview Loan Servicing, LLC enote vesting--Nationstar Mortgage LLC | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| **Tyrease U. Downing**<br>1829 Greenwillows Drive<br>Vineland, NJ 08361 | Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☐Notice of ElectronicFiling (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| LAKEVIEW LOAN SERVICING LLC<br>C/O RUSHMORE SERVICING<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br><br>LAKEVIEW LOAN SERVICING LLC<br>C/O RUSHMORE SERVICING<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>LAKEVIEW LOAN SERVICING LLC<br>C/O RUSHMORE SERVICING<br><br>Lakeview Loan Servicing, LLC<br>c/o Nationstar Mortgage LLC<br>Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br><br>Landis Sewer Authority<br>1776 S Mill Rd<br>Vineland, NJ 08360-6223 | Creditors | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-Mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Nationstar<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620<br><br>Nationstar Mortgage LLC as servicing agent for Lak<br>Gross Polowy LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville NY 14221<br><br>Rightpath Servicing<br>5801 Postal Rd<br>Cleveland, OH 44181-2184<br><br>Vineland Electric<br>640 E Wood St<br>Vineland, NJ 08360-3722 | | |

*May account for service by fax or other means as authorized by the court through the issuance of an Order

Shortening Time.                                                                                                                  *Rev. 5/14/12*