Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−11438−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrease U Downing
   1829 Greenwillows Drive
   Vineland, NJ 08361−6010

Social Security No.:
   xxx−xx−4122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/22/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 22, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11438-JNP |
| Tyrease U Downing | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: 148 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tyrease U Downing, 1829 Greenwillows Drive, Vineland, NJ 08361-6010 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Na, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519843917 | + | Landis Sewer Authority, 1776 S Mill Rd, Vineland, NJ 08360-6200 |
| 519843920 | | Vineland Electric, 640 E Wood St, Vineland, NJ 08360-3722 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520221038 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | LAKEVIEW LOAN SERVICING LLC, C/O RUSHMORE SERVICING, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520221039 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | LAKEVIEW LOAN SERVICING LLC, C/O RUSHMORE SERVICING, P.O. Box 619096, Dallas, TX 75261-9741, LAKEVIEW LOAN SERVICING LLC, C/O RUSHMORE SERVICING 75261-9096 |
| 519902257 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519843918 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520081531 | ^ | MEBN | Sep 22 2025 21:45:18 | Nationstar Mortgage LLC as servicing agent for Lak, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519843919 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Rightpath Servicing, 5801 Postal Rd, Cleveland, OH 44181-2184 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Courtney R. Shed | on behalf of Creditor Rushmore Mortgage Servicing as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Lakeview Loan Servicing LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Tyrease U Downing moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11